**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

ORIGINAL

| | |
|---|---|
| ELAINE L. CHAO,<br>United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL ASSOCIATION<br>OF MACHINISTS,<br>DISTRICT LODGE 143<br><br>Defendant. | CIVIL ACTION NO.<br>03-867 JMR/FLN<br><br>**STIPULATION OF SETTLEMENT AND ORDER** |

The subject action was initiated as a result of Plaintiff's investigation of the August, 2002, election of officers of the Defendant, International Association of Machinists, District Lodge 143, under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, hereinafter referred to as the Act (29 U.S.C. 481 et seq.).

The parties, through their undersigned counsel, hereby stipulate and agree to the settlement of this action in accordance with the terms and conditions set forth below:

1.  On January 16, 2003, Plaintiff filed a complaint pursuant to Title IV of the Act seeking an order declaring Defendant's August 13, 2002, election for all offices that were elected in the biennial election run on that date, null and void and directing the Defendant to conduct a new election for those offices under Plaintiff's supervision.[1]

2.  The parties hereby agree that a new election for the aforementioned offices shall be conducted under the supervision of the Plaintiff on May 30, 2003. This election shall be

---

[1] The offices are: President/Directing General Chair, Secretary-Treasurer, Trustee, Vice President (NWA) South, and General Chair (6 positions)

FILED 5-1-03
RICHARD D. SLETTEN, CLERK
JDGMENT ENTD_____
_____TY CLERK _____

LAW OFFICES OF
SCHWERIN CAMPBELL BARNARD LLP
SUITE 400
18 WEST MERCER STREET
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828

conducted in accordance with Title IV of the Act (29 U.S.C. Sec. 481 et seq.), and, insofar as lawful and practicable, in accordance with the Constitution of the International Association of Machinists (hereinafter, the "International") and the bylaws of District Lodge 143 (hereinafter the "District Lodge").

3. All decisions as to the interpretation or application of Title IV of the Act and the Constitution of the International and the by-laws of the District Lodge relating to the supervised election, and nominations are to be determined by the Plaintiff, and her decisions shall be final.

4. This Court shall retain jurisdiction of this action *to and until December 31, 2003,* [JMR 1/5/03] and after completion of the election, Plaintiff shall certify to the Court the names of the persons elected to each office, and that the election was conducted in accordance with Title IV of the Act and, insofar as lawful and practicable, in accordance with the provisions of the Constitution of the International and the by-laws of the District Lodge. The duly certified elected officers shall the serve for the remainder of the terms of office to which they would have been elected had this election taken place on August 13, 2002, in accordance with the Constitution of the International and the by-laws of the District Lodge. Upon approval of such certification, the Court shall enter an Order declaring that such persons have been elected as shown by such certification.

Each party hereby agrees to bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding to date.

2

LAW OFFICES OF
SCHWERIN CAMPBELL BARNARD LLP
SUITE 400
18 WEST MERCER STREET
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828

Dated this 17 day of April 2003.

_____
DAVID C. CAMPBELL
Schwerin Campbell Barnard LLP
18 West Mercer Street, Suite 400
Seattle, WA 98119-3917
Telephone: (206) 285-2828

BRENDAN D. CUMMINS (#276236)
Miller-O'Brien
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, MN 55402
(612) 333-5831

**Attorneys for District Lodge 143, IAM**

_____
ROBERT DE PACE
President/Directing General Chair
District Lodge 143, IAM

Dated this 21 day of April, 2003.

THOMAS B. HEFFELFINGER
United States Attorney


By: _____
    PERRY F. SEKUS (#309412)
Assistant United States Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
(612) 664-5600

3

LAW OFFICES OF
SCHWERIN CAMPBELL BARNARD LLP
SUITE 400
18 WEST MERCER STREET
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828


HOWARD M. RADZELY
Acting Solicitor of Labor

RICHARD J. FIORE
Regional Solicitor

*[signature: Leonard Grossman]*
LEONARD A. GROSSMAN
Trial Attorney
Office of the Solicitor
United States Department of Labor
P.O. Address
230 South Dearborn Street,
Room 844
Chicago, Illinois 60604
Telephone: (312) 353-5709

**Attorneys for Elaine Chao,
Secretary of Labor
United States Department of
Labor, Plaintiff**

BY THE COURT:

Date: *May 1st, 2003*

*[signature]*
THE HONORABLE JAMES M. ROSENBAUM
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

4

LAW OFFICES OF
SCHWERIN CAMPBELL BARNARD LLP
SUITE 400
18 WEST MERCER STREET
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828