IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ELAINE L. CHAO, United States Department of Labor,    )
                                                      )    CIVIL ACTION
                                                      )
                Plaintiff,                            )    CIVIL No. 03-867 JMR/FLN
                                                      )
                v.                                    )
                                                      )
INTERNATIONAL ASSOCIATION OF MACHINISTS,              )
DISTRICT LODGE 143,                                   )
                                                      )
                Defendant.                            )

## JUDGMENT

It appearing to the Court, that pursuant to an Order entered by this court on May 1, 2003,

the Defendant conducted an election of officers under the supervision of the Plaintiff; and that

the Plaintiff has filed a Certification of Election, certifying the names of the persons who were

elected in such election, and further certifying that such election was conducted in accordance

with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959

(29 U.S.C. 481 et seq.), and in conformity with the Constitution and bylaws of the defendant

labor organization, insofar as lawful and practicable; and the Court having considered said

Certification and being fully advised, it is, upon the joint motion of the parties, hereby

ADJUDGED, ORDERED and DECREED that the persons named in the Certification of

Election which was filed as aforesaid by the Plaintiff, are the duly elected officers of the

International Association of Machinists, District Lodge 143, and shall serve until the next

regularly scheduled election in accordance with the Constitution and bylaws of the defendant

labor organization.

FILED    SEP 2 2 2003
         RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED    SEP 2 2 2003
DEPUTY CLERK'S INTIALS

Each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

Dated _September 17, 2003_

JAMES M. ROSENBAUM
CHIEF JUDGE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

2